Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 3

| Boviet Solar Technology Co., Ltd. |
| --- |
| **Plaintiff,** |
| v. |
| **UNITED STATES,** |
| **Defendant.** |

**S U M M O N S**   CIT No. 25-00160

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Boviet Solar Technology Co., Ltd.; respondent, foreign exporter
   (Name and standing of plaintiff)

2. Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Determinations; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders, 90 Fed. Reg. 26,791 (Jun. 24, 2025) (Order) and Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the Socialist Republic of Vietnam: Final Affirmative Countervailing Duty Determination and Final Affirmative Critical Circumstances Determination, in Part of Vietnam, 90 Fed. Reg. 17,399 (Apr. 25, 2025)("Final Determination")
   (Brief description of contested determination)

3. June 17, 2025  (Order)
   (Date of determination)

4. June 24, 2025 (Order)
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Gregory S. Menegaz
_____
Signature of Plaintiff's Attorney

July 24, 2025
_____
Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Gregory S. Menegaz
The Inter-Global Trade Law Group PLLC
1156 15th Street N.W., Suite 1101
Washington, DC 20005
gmenegaz@igtlaw.com; 202-868-0300

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office Department of Justice,
Civil Division Room 346, Third Floor
26 Federal Plaza
New York, NY 10278
-
Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Room 12124
1100 L Street, NW
Washington, DC 20530
-
General Counsel
United States Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230